AKRON BAR ASSOCIATION *v.* COOMBS.

[Cite as *Akron Bar Assn. v. Coombs* (2000), 88 Ohio St.3d 1239.]

(No. 98–2656—Submitted and decided April 18, 2000.)

1240

For earlier case, see *Akron Bar Assn. v. Coombs* (1999), 85 Ohio St.3d 391, 709 N.E.2d 108.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.